# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:14-CR-175** |
| | : | |
| v. | : | **(Chief Judge Conner)** |
| | : | |
| **NICHOLAS RIVERA,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 7th day of April, 2020, upon consideration of the motion (Doc. 58) to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 by defendant Nicholas Rivera, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Rivera's motion (Doc. 58) to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 is DENIED.

2. A certificate of appealability is DENIED, see 28 U.S.C. § 2255 Rule 11(a).

3. The Clerk of Court is directed to CLOSE the corresponding civil case, number 1:19-CV-2095.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania